IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-00539-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER GRANTING |
| v. ) | DEFENDANT'S MOTION TO |
| ) | SEAL SENTENCING |
| CHADWICK MICHAEL TAYLOR, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the motion of Defendant Chadwick Michael Taylor to seal his sentencing memorandum (DE 112). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. Docket Entry 112 shall remain under seal.

IT IS SO ORDERED.

This the _1_ day of June, 2022.

JAMES C. DEVER III
United States District Judge